# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JASON MARK HART,

          Plaintiff,

v.

DAN SCHNEEWEISS,

          Defendant.

CASE NO. C19-1193-RAJ-BAT

**ORDER SETTING DEADLINE FOR FILING AMENDED COMPLAINT AND EXTENDING DISPOSITIVE MOTION DEADLINE**

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently confined at the Monroe Correctional Complex-SOU (MCC-SOU). Plaintiff's complaint relates to the alleged involuntary administration of anti-psychotic medication by defendants Dan Schneeweiss and Calvin Cogburn during early 2018 and the resulting violations of plaintiff's due process and Eighth Amendment rights. Dkt. 4.

On February 5, 2020, plaintiff filed a separate action alleging the same defendants violated his constitutional rights by involuntarily administering anti-psychotic medication to him during early 2018. *See Hart v. Schneeweiss*, 20-cv-180-RSM-BAT, at Dkt. 1. By order dated February 14, 2020, Hon. Ricardo S. Martinez dismissed plaintiff's complaint in that action as duplicative of this action. *See id.* at Dkt. 4. In that order the Court noted that "[t]hough the complaint here presents some additional facts and allegations, they are all related to the alleged

involuntary administration of anti-psychotic medication during early 2018 and the resulting violations of plaintiff's due process and Eighth Amendment rights." *Id.* The Court further found that:

> Given that the acts plaintiff alleges herein arise from the same subject matter alleged in plaintiff's first complaint (C19-1193-RAJ-BAT), the instant action is duplicative and is dismissed without prejudice. *See Adams v. California Department of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant."). Plaintiff will not be prejudiced because he will be able to allege the acts asserted herein, in the complaint pending before Judge Jones, in case C19-1193-RAJ-BAT. Plaintiff should understand that this will require him to amend the action before Judge Jones and to add the allegations contained in the instant complaint.

*Id.*

In light of Judge Martinez's order, the Court hereby orders that if plaintiff intends to file an amended complaint to include the additional allegations raised in the dismissed complaint (*Hart v. Schneeweiss*, 20-cv-180-RSM-BAT), he must do so **on or before March 4, 2020**. The Court also hereby amends the pretrial scheduling order and extends the deadline for dispositive motions to **March 11, 2020**.

DATED this 19th day of February, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING DEADLINE FOR FILING
AMENDED COMPLAINT AND EXTENDING
DISPOSITIVE MOTION DEADLINE - 2