UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MARK HART,<br><br>                Plaintiff,<br><br>   v.<br><br>DAN SCHNEEWEISS, et al.,,<br><br>                Defendant. | CASE NO. C19-01193-RAJ-BAT<br><br>**ORDER REQUESTING THAT DEFENDANTS RE-SUBMIT COMPACT DISC (CD) EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Jason Mark Hart, proceeds pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment (Dkt. 19) which is currently pending before the Court. In support of their motion, defendants submitted a copy of a compact disc (CD) containing several video recordings purportedly showing the administration of antipsychotic medication to plaintiff on several dates between January 25, 2018 and February 10, 2018. *See* Dkts. 21, 22. However, in reviewing the CD, while the Court was able to view some of the recordings it was unable to view several other recordings. *Id.* Specifically, the Court was unable to access and view the recordings designated "1/28/18, 1/29/18, 2/1/18(3), 2/2/18, 2/4/18(2), 2/6/18, 2/7/18(3), 2/8/18(3), and 2/10/18." *Id.*

Accordingly, the Court asks that the defendants submit another copy of the CD containing all of the relevant recordings **on or before June 5, 2020**. The Court asks that

ORDER REQUESTING THAT
DEFENDANTS RE-SUBMIT COMPACT
DISC (CD) EVIDENCE IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 1

defendants ensure, to the best of their ability, that all of the video recordings on the new CD are accessible and viewable prior to submitting it to the Court. **The Clerk is directed to re-note defendants' motion for summary judgment (Dkt. 19) to June 5, 2020.**

DATED this 19th day of May, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REQUESTING THAT
DEFENDANTS RE-SUBMIT COMPACT
DISC (CD) EVIDENCE IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 2