1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MARK HART,

                 Plaintiff,

   v.

DAN SCHNEEWEISS, et al.,,

                 Defendant.

CASE NO. C19-01193-RAJ-BAT

**ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE TO JAN. 21, 2021**

     Defendants move to extend the deadline to file dispositive motions to January 21, 2021. Dkt. 48. Defendants' motion was noted for January 8, 2021 as ready for the Court's consideration. Plaintiff has not filed any objection to the motion. The Court having considered the motion and the record GRANTS defendant's motion to extend and ORDERS:

     (1)  The deadline for filing dispositive motions is extended to **January 21, 2021.**

     (2)  The Clerk shall provide a copy of this order to the parties.

     DATED this 8th day of January 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge