UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MARK HART,

           Plaintiff,

  v.

DAN SCHNEEWEISS, et al.,,

           Defendant.

CASE NO. C19-01193-RAJ-BAT

**ORDER DENYING MOTIONS FOR DEFAULT AND RULE 60 RELIEF**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The motions for Rule 60(b) and Default (Dkts. 45, 46) are denied.

(3) The Clerk shall send copies of this Order to the parties. The referral to Judge Tsuchida **is not** terminated as this order does not resolve the case.

Dated this 25th day of February, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge