UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MARK HART,<br><br>               Plaintiff,<br><br>   v.<br><br>CALVIN COGBURN,<br><br>               Defendant. | CASE NO. C19-01193-RAJ-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LIMITED DISCOVERY UNDER RULE 29 (DKT. 93)** |

     On September 14, 2021, Plaintiff filed a motion entitled "Rule 29. Stipulations about Discovery Procedure 'motion for limited discovery in interest of justice." Dkt. 93. The matter was noted for October 1, 2021 and is ripe for review.

     Plaintiff moves the Court to order limited discovery in the interest of justice arguing he forgot about the discovery deadlines or never knew them. In specific Plaintiff requests production of his MARS (Medication Administration Records), DVD footage from December 24, 2019, Encounter Reports and Department of Corrections pharmacy records. Defendant opposes the motion arguing 1) Defendant has already provided the requested discovery in another lawsuit Plaintiff filed[1] and 2) discovery in this case has been closed since January 2020.

---

[1] Although Defendant indicates discovery was provided in case number 20-1363, this is a typographic error; the Court's records indicate Defendant is referring to *Hart v. Rainier,* 20-

1  Plaintiff has not responded to Defendants' contentions.

2  Having reviewed the motion and the record, the Court finds Plaintiff fails to demonstrate a sufficient basis to order discovery. The discovery deadline expired over a year and a half ago, Plaintiff already moved to reopen discovery six months ago and that motion was denied, and Plaintiff has already been provided the discovery he seeks. Accordingly, the Court ORDERS: Plaintiff's motion for limited discovery, Dkt. 93, DENIED.

DATED this 4th day of October, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

---

1464-RSM-BAT.

ORDER DENYING PLAINTIFF'S MOTION FOR
LIMITED DISCOVERY UNDER RULE 29 (DKT. 93) - 2