1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON MARK HART, | CASE NO. 2:19-cv-01193-DGE-BAT |
|               Plaintiff, | ORDER ADOPTING REPORT AND |
|      v. | RECOMMENDATION |
| CALVIN COGBURN, | |
|               Defendant. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. 76.

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's motions for Rule 60(b)(3) relief and for default judgment under FRCP 55 (Dkt. 53) is DENIED.

(3) Plaintiff's motion for default judgment under FRCP 37 (Dkt. 62) is DENIED.

(4) Plaintiff's motion to compel defendants to respond to his default motions (Dkt. 71) is STRICKEN as moot.

(5) Plaintiff's "motion for production of records, discovery," (Dkt. 55) is DENIED.

(6) Plaintiff's motion for limited discovery (Dkt. 73) is DENIED.

(7) Plaintiff's motion to expedite his trial (Dkt. 82) is DENIED.

Dated this 8th day of November, 2021.



David G. Estudillo
United States District Judge