The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JASON MARK HART,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN SCHNEEWEISS and CALVIN COGBURN,<br><br>    Defendants. | NO. 2:19-cv-01193-DGE<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jason Mark Hart, *pro-se*, Hart and defendant Calvin Cogburn, by and through his respective attorneys, that the claims against defendant Cogburn may be dismissed with prejudice and without attorney's fees and costs allowed to either party; as this matter has been fully settled and compromised among the parties.

///
///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL
NO. 2:19-cv-01193-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 2nd day of September, 2022.

ROBERT W. FERGUSON
Attorney General

 s/
SCOTT M. BARBARA, WSBA #20885
SHARIA N. YANCEY, WSBA #58340
Assistant Attorneys General - Torts Division
800 Fifth Ave, Ste 2000
Seattle, WA 98104
Email: scott.barbara@atg.wa.gov
Email: sharia.yancey@atg.wa.gov
Attorneys for Defendant Cogburn

JASON MARK HART, #378403
Plaintiff, Pro-Se
Washington State Penitentiary
1313 North 13th Avenue
Walla Walla, WA 99362
Email: docwspinmatefederal@doc1.wa.gov

## ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the claims against defendant Calvin Cogburn shall be dismissed with prejudice and without attorneys' fees and costs to either party.

DATED this 2nd day of September, 2022.

_____
David G. Estudillo
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
NO. 2:19-cv-01193-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744